# CRIMINAL COURT MINUTES

## U.S. Magistrate Judge DAVE LEE BRANNON

Page: 1

| | | |
|---|---|---|
| Courtroom Number # 2 | Date: 07/18/2012 | Time: 10:00 A.M. |

**Defendant:** JAKISHA FERGUS  **J#:**   **Case #:** 12-80130-Cr-Ryskamp/Hopkins

**AUSA:** STRIDER DICKSON   **Attorney:** APD – Lori Barrist

**Violation:** 18:1349   **Agent:**

**Proceeding:** INITIAL HEARING   **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No   **Recommended Bond:** PTD (REQUESTED BY GOVT)

**Bond Set at:** _____   **Co-signed by:** _____

- ☐ All standard conditions
- ☐ Surrender and/or do not obtain passport/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

**Language:** ENGLISH

**Disposition:** Initial held. Case unsealed in open court. Deft present – sworn, left. Advise of rights. Court questions deft, finds her indigent & appoints FPD.

**NEXT COURT APPEARANCE** Date: Time: Judge: Place:

**Report RE Counsel:**

**(PTD)/Bond Hearing:** 7-25-12  10AM  Duty Mag.  WPB

**Prelim/(Arraign) or Removal:** 7-25-12  "  "  "

**Status Conference RE:**

**D.A.R.** 10:03:19   **Time in Court:** 7 mins

Courtroom Deputy: Sandra Acevedo