UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80130-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAKISHA FERGUS,

      Defendant.
_____/

## DEFENDANT'S INVOCATION OF RIGHTS
## TO SILENCE AND COUNSEL

The defendant, JAKISHA FERGUS, through counsel, hereby invokes her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the

defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                MICHAEL CARUSO
                INTERIM FEDERAL PUBLIC DEFENDER

                *s/ Lori Barrist*
                Lori Barrist
                Assistant Federal Public Defender
                Florida Bar No. 374504
                Attorney for Defendant
                450 Australian Avenue S., Ste. 500
                West Palm Beach, FL 33401
                Telephone: (561) 833-6288
                Fax: (561) 833-0368
                *E-Mail: Lori_Barrist@FD.org*

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 18, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s Lori Barrist*
Lori Barrist

## SERVICE LIST
## United States of America v. Jakisha Fergus
## Case No. 12-80130-Cr-Ryskamp/Hopkins
## United States Court, Southern District of Florida

**Strider Dickson,**
**United States Attorney's Office**
500 East Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7255
Fax: (954) 356-7336